UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEFFREY WALLACE | * | CIVIL ACTION NO.:  99-504 |
| | * | c/w  99-1345 |
| | * | c/w  02-126 |
| VERSUS | * | ALL CASES |
| | * | |
| TERRY DEAN KING, M.D.; | * | |
| HOSPITAL SERVICE DISTRICT NO. 1 | * | SECTION "D" |
| OF JEFFERSON PARISH d/b/a | * | |
| WEST JEFFERSON MEDICAL CENTER; | * | |
| K&B LOUISIANA CORPORATION d/b/a | * | |
| RITE-AID PHARMACY; RUTH SIRGO; AND | * | |
| INSURANCE CORPORATION OF AMERICA | * | MAGISTRATE 2 |
| | * | |

\* \* \* \* \* \* \* \* \*

## O R D E R

Considering Niles, Bourque & Fontana, L.L.C., f/k/a Niles, Salas, Bourque & Fontana, L.C.'s Motion to Strike Niles, Salas, Bourque & Fontana, L.C. from the record;

IT IS ORDERED that all references to Niles, Salas, Bourque & Fontana, L.C. are removed from the record in this case.

New Orleans, Louisiana this **29** day of November, 2005.

JUDGE A. J. McNAMARA

N0021907.WPD